PROB 12C
(7/93)

United States Courts
Southern District of Texas
FILED
May 02, 2018
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

FILED
JAN 1 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

4:18mj0714

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Lee Wood                                         Case Number: 7:11-CR-388 (13)

Name of Sentencing Judicial Officer: Honorable Robert Junell, United States District Judge

Date of Original Sentence: July 18, 2012

Original Offense: Conspiracy to Distribute Hydroponic Marijuana, in violation of 21 U.S.C. § 841(a)(1)(D) and 21 U.S.C. § 846

Original Sentence: Time Served; 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: July 19, 2012

Assistant U.S. Attorney: John Klassen          Defense Attorney: Charles Wayne King

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |

On or about October 17, 2013, Midland Police Officers responded to a robbery call at the 7-11 Convenience Store located at 115 W. Wadley Avenue, Midland, Texas. During their investigation, officers were able to identify the defendant as the individual who pulled a knife on the store clerk and demanded money from the register. The defendant fled the scene with approximately $80.00 in cash. The defendant was subsequently apprehended and admitted to the offense to investigators. The defendant remains in custody at the Midland County Jail. This matter is pending disposition in cause number CR42670 in Midland County, Texas.

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____
        Deputy

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒ revoked. (Maximum penalty: __24__ months imprisonment; <u>Lifetime</u> supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for _____ years for a total term of _____ years

| Approved by: | Respectfully submitted by: |
|---|---|
| *Oswaldo Hinojos* (signature) | *Javier Ceniceros* (signature) |
| Oswaldo Hinojos | Javier Ceniceros |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| Telephone: (432) 686-4060  Ext. 2234 | Telephone: (432) 685-0306 |
| | Date: 1/10/2014 |

jc

---

## THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
ROBERT JUNELL
U.S. District Judge

1-13-14
_____
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cody Lee Wood | ) | Case No. MO-11-CR-388 (13) RAJ |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Cody Lee Wood**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Failure to abide by conditions of supervision

Date: 01/14/2014

*Issuing officer's signature*

City and state: Midland, TX

S. Mendenhall, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |